Form ntchrgBKv2

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Bankruptcy Case No.:  26–40725
Chapter:  11
Judge:  Brenda T. Rhoades

In Re:

PIC Estate LLC

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, July 21, 2026*

at

*09:30 AM*

to consider and act upon document 79 – Motion to Estimate Its Secured Claim Against Approximately 79 Acres Filed by Walton Texas, LP (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E–1 # 6 Exhibit F) (Singer, Kelly) filed as document number 79 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Tuesday, July 7, 2026

Jason K. McDonald
Clerk, U.S. Bankruptcy Court